IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON MASJEDIAN, et al., | Case No. 24-cv-05677-MMC |
| Plaintiffs, | |
| v. | **ORDER DENYING PLAINTIFFS' MOTION TO SEAL; AFFORDING LEAVE TO REFILE** |
| CAPITAL ONE, NATIONAL ASSOCIATION, | |
| Defendant. | |

Before the Court is plaintiffs' "Administrative Motion to Seal," filed March 20, 2026, whereby plaintiffs seek to seal the entirety of nineteen documents, as well as redacted portions of three other documents. Although the motion is brought pursuant to Rule 79-5 of the Civil Local Rules of this District, it has not been filed in accordance with the provisions thereof.

First, plaintiffs seek to file the above-referenced documents under seal for the reason that the parties "have previously designated certain of these documents Confidential." (See Mot. at 1:6-7.) Under the Civil Local Rules of this District, such basis "is not sufficient to establish that a document, or portions thereof, are sealable." See Civil L.R. 79-5(c).

Second, in seeking sealing of entire documents, plaintiffs have not shown why "merely redacting the truly sensitive information in a document" is not feasible. See Civil L.R. 79-5(a).

Accordingly, plaintiffs' motion is hereby DENIED without prejudice to refiling a revised motion on or before April 24, 2026.  The unredacted documents filed in connection with plaintiffs' motion will remain under seal pending the Court's ruling on the refiled motion.

**IT IS SO ORDERED.**

Dated: April 9, 2026

_____
MAXINE M. CHESNEY
United States District Judge

United States District Court
Northern District of California