United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRANDON MASJEDIAN, et al.,

Plaintiffs,

v.

CAPITAL ONE, NATIONAL
ASSOCIATION,

Defendant.

Case No.  24-cv-05677-MMC

**ORDER DENYING DEFENDANT'S
ADMINISTRATIVE MOTIONS TO
CONSIDER WHETHER ANOTHER
PARTY'S MATERIAL SHOULD BE
SEALED**

Re: Dkt. Nos. 66 and 86

Before the Court are defendant's administrative motions: (1) "to Consider Whether Another Party's Material Should Be Sealed," filed February 20, 2026, whereby defendant seeks leave to file under seal the unredacted version of its motion for summary judgment, as well as a number of exhibits attached thereto, on the ground that plaintiffs have designated as confidential certain portions therein; and (2) "to Consider Whether Another Party's Material Should Be Sealed," filed April 3, 2026, whereby defendant seeks leave to file under seal the unredacted version of its reply in support of summary judgment on the ground that plaintiffs have designated as confidential certain portions therein.

Plaintiffs have failed to file a responsive declaration.  See Civil L.R. 79-5(f)(3) (providing "within 7 days of the motion's filing, the Designating Party must file a statement and/or declaration"; incorporating Civil L.R. 79-5(c)(1) requiring declaration set forth "the reasons for keeping a document under seal").  Consequently, defendant's motions will be denied.  Plaintiffs did file, however, their own motion to seal (see Doc. No. 91), which motion overlaps in part with defendant's motions.

Accordingly, defendant's motions are hereby DENIED, and, to the extent the Court has granted an overlapping request made by plaintiffs, such denial is without prejudice.

**IT IS SO ORDERED.**

Dated: June 15, 2026

MAXINE M. CHESNEY
United States District Judge

United States District Court
Northern District of California

2